IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ewan Ewers<br>    Debtor. | CHAPTER 13 |
| Carrington Mortgage Services, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 | BANKRUPTCY CASE NUMBER<br>17-11535/JKF |
|     Movant, | 11 U.S.C. § 362 |
| v. | November 14, 2018 at 9:30 a.m. |
| Ewan Ewers<br>    Debtor, | Courtroom # 3 |
| William Miller*R, Trustee,<br>    Additional Respondent. | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    Carrington Mortgage Services, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 has filed a Motion for Relief, with the Court for relief from the automatic stay.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 3, 2018 you or your attorney must do all of the following:

        (a)    file an Answer explaining your position at United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.
If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to Movant's attorney:
        Kevin S. Frankel, Esquire / Kristen D. Little, Esquire
        Shapiro & DeNardo, LLC
        3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
        Phone: (610)278-6800
        Fax: (847) 954-4809

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the HONORABLE JEAN K. FITZSIMON on November 14, 2018 at 9:30 am in Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

                Respectfully submitted,

                **/s/Kristen D. Little**

Dated: October 16, 2018        BY:
                Kristen D. Little, Esquire
                Shapiro & DeNardo, LLC
                3600 Horizon Drive, Suite 150
                King of Prussia, PA 19406
                (610)278-6800/ fax (847) 954-4809

S&D File #:17-056157        PA BAR ID #79992