IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ewan Ewers,<br>    Debtor.<br><br>Carrington Mortgage Services, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2,<br>    Movant,<br>v.<br>Ewan Ewers,<br>    Debtor,<br>and<br>Scott Waterman, Trustee,<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-11535/AMC |

## **CERTIFICATION OF DEFAULT**

Kristen D. Little, Esquire, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated January 4, 2019. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on October 2, 2020. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

| | |
|---|---:|
| Regular payments of $494.62 from June 1, 2020 through November 1, 2020 | $2,967.72; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(106.31) |
| **TOTAL DEFAULT** | $3,161.41 |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

                            Respectfully submitted,

Dated: _11/17/2020___

S&D File #:17-056157

BY:/s/ Kristen D. Little, Esquire
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #79992
klittle@logs.com
pabk@logs.com