**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1: | EWAN EWERS |
| Debtor 2: (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN District of Pennsylvania |
| Case number: | 17-11535 |

Official Form 410S1                                                                                                         Chapter 13

# Notice of Mortgage Payment Change
                                                                                                                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2004-2,

Court claim no. (if known): 3-1

Last four digits of any number you use to identify the debtor's account: 2326

Date of payment change: 02/01/2021
Must be at least 21 days after date of this notice

New total payment: $510.52
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?   Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current Escrow Payment: $164.98          New Escrow Payment: $180.88

## Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?   No

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

Current Interest Rate:                                          New Interest Rate:

Current principal and interest payment:                  New principal and interest payment:

## Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?   No

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:                                  New mortgage payment:

| Debtor 1: EWAN EWERS | Case number (if known): 17-11535 |
|---|---|

## Part 4: Sign Here

The person completing the Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor      ☒ I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

/s/ Diane Tran                                    Date: Jan 04, 2021
Signature

Print:   Diane Tran                               Title: Authorized Agent

Company:   Liepold, Harrison & Associates

Address:   701 Highlander Blvd., Ste. 200
           Arlington, TX 76015

Contact Phone:                                    Email:   dtran@ursusholdings.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF Pennsylvania

*In Re:*                                                                                        Case No. 17-11535

**EWAN EWERS**

                                                                                                    **Chapter 13**

**Debtor(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on 01/04/2021, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By: /s/ Diane Tran

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2004-2
701 Highlander Blvd., Ste. 200
Arlington, TX 76015

<u>Debtor</u>
EWAN EWERS

2125 WEST CHEW AVENUE
PHILADELPHIA, PA 19138

<u>Debtor's Counsel</u>
BRAD J. SADEK
1315 Walnut Street Suite 502
Philadelphia, PA 19107

<u>Trustee</u>
SCOTT F. WATERMAN
2901 St. Lawrence Ave. Suite 100
READING, PA 19606

<u>U.S. Trustee</u>
United States Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106

**CARRINGTON** CARRINGTON MORTGAGE SERVICES, LLC
MORTGAGE SERVICES, LLC   P.O. Box 5001
NMLS ID #2600            Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
                                              /P1         /  680
EWAN EWERS                                    YOUR LOAN NUMBER : ████
2125 WEST CHEW AVENUE
PHILADELPHIA        PA 19138                  DATE: 11/20/20
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING FEBRUARY,2020 AND ENDING JANUARY, 2021.  IF YOUR LOAN WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF FEBRUARY, 2020 IS ---

```
                    PRIN & INTEREST          329.64
                    ESCROW PAYMENT           158.91
                    SHORTAGE PYMT              6.07
                    TOTAL                    494.62
```

|       | -- PAYMENTS TO ESCROW -- | | -- PAYMENTS FROM ESCROW -- | | | | -- ESCROW BALANCE -- | |
|-------|-------|--------|---------|--------|--------|--------|--------|--------|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
|       |        |         |          | STARTING BALANCE = = = > |         |            |  953.54 | 5156.82- |
| FEB   | 158.91 * | 361.54 |          |            |         |            | 1112.45 | 4795.28- |
| MAR   | 158.91 * | 481.27 |          |            |         |            | 1271.36 | 4314.01- |
| APR   | 158.91 * | 272.09 |          |            |         |            | 1430.27 | 4041.92- |
| MAY   | 158.91 * | 150.25 |          |            |         |            | 1589.18 | 3891.67- |
| JUN   | 158.91 * | 300.50 |          |            |         |            | 1748.09 | 3591.17- |
| JUL   | 158.91 * | 300.50 |          |            |         |            | 1907.00 | 3290.67- |
| AUG   | 158.91 * | 300.50 |     *    |            | 1980.00 | HOMEOWNERS | 2065.91 | 4970.17- ALP |
| SEP   | 158.91 * |        | 1907.00 * | HOMEOWNERS |         |            |  317.82 TLP | 4970.17- |
| OCT   | 158.91 * | 1752.05 |         |            |         |            |  476.73 | 3218.12- |
| NOV   | 158.91 |    E    |          |            |         |            |  635.64 | 3218.12- |
| DEC   | 158.91 |    E    |          |            |         |            |  794.55 | 3218.12- |
| JAN   | 158.91 |    E    |          |            |         |            |  953.46 | 3218.12- |
| TOT   | 1906.92 | 3918.70 | 1907.00 |            | 1980.00 |            |         |          |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE (TLP) WAS $317.82.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS $4,970.17-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

06/18      $180.77        07/18      $180.77        08/18      $2,857.10    *


### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

         PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING FEBRUARY,2021 AND ENDING JANUARY,2022.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - FEBRUARY,2021 THROUGH JANUARY,2022** --------------

```
              HOMEOWNERS INSU             1,980.00

              TOTAL                       1,980.00
              PERIODIC PAYMENT TO ESCROW    165.00   (1/12 OF "TOTAL FROM ESCROW")
```

------------------- **PROJECTED ESCROW ACTIVITY - FEBRUARY,2021 THROUGH JANUARY,2022** ---------------------
          ---- PROJECTED PAYMENTS --                     -- ESCROW BALANCE COMPARISON --

| MONTH  | TO ESCROW | FROM ESCROW | DESCRIPTION | PROJECTED | REQUIRED |
|--------|-----------|-------------|-------------|-----------|----------|
|        |           | ACTUAL STARTING BALANCE = = = > | | 799.41 | 990.00 |
| FEB,21 | 165.00    |             |             | 964.41    | 1,155.00 |
| MAR,21 | 165.00    |             |             | 1,129.41  | 1,320.00 |
| APR,21 | 165.00    |             |             | 1,294.41  | 1,485.00 |
| MAY,21 | 165.00    |             |             | 1,459.41  | 1,650.00 |
| JUN,21 | 165.00    |             |             | 1,624.41  | 1,815.00 |
| JUL,21 | 165.00    |             |             | 1,789.41  | 1,980.00 |
| AUG,21 | 165.00    |             |             | 1,954.41  | 2,145.00 |
| SEP,21 | 165.00    | 1,980.00    | HOMEOWNERS INSU | 139.41 ALP | 330.00 RLP |
| OCT,21 | 165.00    |             |             | 304.41    | 495.00   |
| NOV,21 | 165.00    |             |             | 469.41    | 660.00   |
| DEC,21 | 165.00    |             |             | 634.41    | 825.00   |
| JAN,22 | 165.00    |             |             | 799.41    | 990.00   |

**** CONTINUED ON NEXT PAGE ****

*@-CONTINUATION*

-------------------------------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** ---------------------------------

```
IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....              THE ESCROW SHORTAGE IS....         190.59- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM February 1, 2021.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $3,522.59.
```

------------------------------------ **CALCULATIONS OF YOUR NEW PAYMENT AMOUNT** -----------------------------------------

```
                         PRIN & INTEREST              329.64 *
                         ESCROW PAYMENT               165.00
                         SHORTAGE PYMT                 15.88
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   02/01/21    ==>        510.52

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :       YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
             HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
             WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
             ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
             DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $317.83.
             YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
             CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
             REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
             TO BE YOUR CUSHION AMOUNT.
             YOUR ESCROW CUSHION FOR THIS CYCLE IS $330.00.

  YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
```

**Escrow payments up to escrow analysis effective date:**
```
11/20      $164.98         12/20       $164.98        01/21       $164.98
```

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.